STATE OF NEW JERSEY v. HUMBERTO MERCADO.

May 5, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. HOZINE McCRAY.

May 5, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. LEROY SUMMERS.

May 5, 1980.

Petition for certification denied.